**STATE of Missouri, Respondent,**

v.

**Jerry J. YOUNG, Appellant.**

**No. WD 35446.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

Application to Transfer Denied April 2, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Paul Robert Otto, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, J.P., and DIXON and CLARK, JJ.

**ORDER**

PER CURIAM:

Defendant appeals from convictions of one count of first degree assault, three counts of armed criminal action, and two counts of first degree robbery, pursuant to Sections 565.050, 571.015, and 569.020 RSMo 1978, respectively.

Affirmed. Rule 30.25(b).